# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

BARBARA K. HATCHER,

    Plaintiff,

vs.                                CASE NO. CV-09-J-445-S

MID-SOUTH CREDIT COLLECTIONS,
INC., et al.,

    Defendants.

## ORDER

This case having been stayed for thirty (30) days in order to allow the plaintiff to obtain new counsel, and the plaintiff having been instructed to file a status report on or before August 23, 2009, detailing efforts to obtain new counsel, and the plaintiff having failed to comply with said Order, which the court construes as a failure to prosecute;

It is therefore **ORDERED** by the court that this case be and hereby is **DISMISSED WITHOUT PREJUDICE** due to plaintiff's failure to prosecute.

**DONE and ORDERED** this the 27th day of August, 2009.

*/s/ Inge Prytz Johnson*
_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE